UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA WATERFORD LLC, | |
| Plaintiff, | 23 Civ. 1569 (PAE) |
| -v- | |
| ONASSIS HOLDINGS CORP., | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On February 24, 2023, plaintiff filed a petition to compel arbitration in the above-caption case. Dkt. 1. On February 28, 2023, the Court ordered plaintiff to file an amended petition to allege a basis for jurisdiction independent of the Federal Arbitration Act, 9 U.S.C. §4. *See* Dkt. 5. On March 9, 2023, plaintiff filed the amended petition, which asserts facts sufficient to establish diversity jurisdiction. Dkt. 7.

The Court orders plaintiff to serve defendant forthwith and file proof of that service on the docket of this case. Defendant will have 14 days from the date that proof of service is filed on the docket to respond to plaintiff's petition. Plaintiff's reply is due seven days thereafter.

SO ORDERED.

*Paul A. Engely*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 9, 2023
      New York, New York