UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALTA WATERFORD LLC,                              :
:                       23 Civ. 1569
                            Plaintiff,           :
:                       ORDER
           -v-                                   :
:
ONASSIS HOLDINGS CORP.,                          :
:
                            Defendant.           :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Plaintiff filed the petition to compel arbitration on February 24, 2023. Dkt. 1. On February 28, 2023, the Court ordered plaintiff to file an amended petition to allege a basis for jurisdiction independent of the Federal Arbitration Act, 9 U.S.C. § 4. Dkt. 5. On March 9, 2023, plaintiff filed the amended petition. Dkt. 6. The same day, the Court ordered plaintiff to serve defendant with the amended petition forthwith and file proof of the service on the docket. No such proof of service has been filed.

The Court orders plaintiff to serve defendant and file proof of service on the docket by May 5, 2023. Defendant will have 14 days from proof of service to respond to plaintiff's petition. Plaintiff's reply will be due seven days thereafter.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 1, 2023
       New York, New York