UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTA WATERFORD LLC,

                              Plaintiff,

              -v-

ONASSIS HOLDINGS CORP.,

                              Defendant.

23 Civ. 1569 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 9, 2023, plaintiff filed the amended petition to compel arbitration, which asserts facts sufficient to establish diversity jurisdiction. Dkt. 6. On March 9, 2023, the Court ordered plaintiff to serve the amended petition and file proof of that service on the docket. Dkt. 8. On May 1, 2023, at which point plaintiff had still failed to serve defendant, the Court ordered plaintiff to serve the amended petition by May 5, 2023. Dkt. 12. On May 1, 2023, plaintiff requested leave to serve defendant by alternative means, Dkt. 13, which the Court granted, Dkt. 14. On May 15, 2023, plaintiff served defendant. Dkts. 15–16.

Plaintiff still has not, however, filed a memorandum of law or a declaration in support of its petition to compel arbitration. To assist the Court in resolving the petition, the Court orders plaintiff to file a memorandum of law and declaration, in accordance with the Court's Individual Rules, by June 16, 2023. Defendant will have 14 days to respond to the memorandum of law. Plaintiff's response, if any, is due 7 days thereafter.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 2, 2023
       New York, New York