UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA WATERFORD LLC,<br><br>       Plaintiff,<br><br>  -against-<br><br>ONASSIS HOLDINGS CORP.,<br><br>       Defendant. | 23-cv-1569 (AS)<br><br>**ORDER** |

ARUN SUBRAMANIAN, United States District Judge:

  On March 9, 2023, Plaintiff filed its amended petition to compel arbitration, which asserts facts sufficient to establish diversity jurisdiction. Defendant had until August 11, 2023, to show cause why the petition should not be treated as unopposed. Because it has failed to do so, Plaintiff's petition (ECF 6) is GRANTED.

  This case is hereby STAYED. The parties are hereby ORDERED to submit a joint status letter every 90 days, beginning November 14, 2023, to apprise the Court on the status of the arbitration proceeding. The parties should promptly update the Court when the arbitration has concluded and indicate whether this action can be finally dismissed.

  SO ORDERED.

Dated: August 14, 2023
    New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge